# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 23-5044**                                               **September Term, 2022**

Filed On: July 18, 2023

In re: Sealed Case

---

Appeal from the United States District Court
for the District of Columbia
(No. 1:23-sc-00031)

---

Before: Pillard, Childs and Pan, *Circuit Judges*

### J U D G M E N T

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgment of the District Court appealed from in this cause be affirmed in all respects, in accordance with the opinion of the court filed herein this date.

### Per Curiam

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:    /s/

Daniel J. Reidy
Deputy Clerk

Date: July 18, 2023

Opinion for the court filed by Circuit Judge Pan.