# United States Court of Appeals
### For The District Of Columbia Circuit

_____

**No. 23-5044**  **September Term, 2023**

1:23-sc-00031-BAH

**Filed On:** September 15, 2023

In re: Sealed Case,

      **BEFORE:**    Pillard, Childs, and Pan, Circuit Judges

### O R D E R

Upon consideration of appellant's unopposed motion to unseal its petition for rehearing en banc and to unseal this appeal going forward such that any future filings can be filed publicly in the first instance, except insofar as they contain material that remains under seal, it is

**ORDERED** that the motion be granted. It is

**FURTHER ORDERED** that appellant's petition for rehearing en banc be unsealed. It is

**FURTHER ORDERED** that this appeal going forward be unsealed such that any future filings can be filed publicly in the first instance, except insofar as they contain material that remains under seal.

The Clerk is directed to file this order on the public docket. The Clerk is further directed to unseal appellant's petition for rehearing en banc and docket it on the public docket.

**Per Curiam**

                                                    FOR THE COURT:
                                                    Mark J. Langer, Clerk

                            BY:    /s/
                                             Daniel J. Reidy
                                             Deputy Clerk