# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 23-5044**                        **September Term, 2023**

1:23-sc-00031-BAH

**Filed On:** September 15, 2023

In re: Sealed Case,

      **BEFORE:**     Pillard, Childs, and Pan, Circuit Judges

### O R D E R

Upon consideration of the joint response and the ex parte response to the August 16, 2023 order to show cause, and the motion of 22 Press Organizations for leave to file a brief as amici curiae, and the lodged amici brief, it is

**ORDERED** that the order to show cause be discharged. It is

**FURTHER ORDERED** that the motion for leave to file a brief as amici curiae be granted. The Clerk is directed to file the lodged amici brief. It is

**FURTHER ORDERED** that appellant's brief, appellant's reply brief, and the audio recording and transcript of the joint session of oral argument be unsealed in their entirety. It is

**FURTHER ORDERED** that appellee's brief (with ex parte redactions), appellee's unredacted ex parte brief, and the joint appendix be unsealed in part, in accordance with the proposed redactions set forth in the parties' joint response and appellee's ex parte response to the order to show cause, and the separate ex parte order issued today.

The Clerk is directed to unseal and file on the public docket appellant's brief, filed March 31, 2023, and appellant's reply brief, filed May 5, 2023. The Clerk is further directed to file on the public docket appropriately redacted versions of appellee's brief and the joint appendix; unseal the audio recording of the joint session of oral argument and make it publicly available on the court's website; unseal the transcript of the joint session of oral argument and note the docket accordingly; and unseal the appropriately redacted transcript of the ex parte session of oral argument and note the docket accordingly. The Clerk is further directed to maintain under seal the unredacted joint appendix, filed March 31, 2023, appellee's brief (with ex parte redactions), filed April 21, 2023, appellee's unredacted ex parte brief, filed April 21, 2023, and the audio recording and unredacted transcript of the ex parte session of oral argument.

<u>**Per Curiam**</u>

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:     /s/
          Daniel J. Reidy
          Deputy Clerk