# United States Court of Appeals
### For The District Of Columbia Circuit

_____

**No. 23-5044**　　　　　　　　　　　　　　**September Term, 2023**

　　　　　　　　　　　　　　　　　　　　　　1:23-sc-00031-BAH

　　　　　　　　　　　　　　　　　　**Filed On:** September 15, 2023

In re: Sealed Case,

### O R D E R

　　Upon consideration of Electronic Frontier Foundation's unopposed motion for extension of time to file briefs amicus curiae in support of the petition for rehearing en banc, it is

　　**ORDERED** that the motion to extend time be dismissed as moot. Electronic Frontier Foundation's motion for invitation to file brief as amicus curiae and the lodged amicus brief were timely filed.

　　　　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　　　　Mark J. Langer, Clerk

　　　　　　　　　　　　BY:　/s/
　　　　　　　　　　　　　　　Daniel J. Reidy
　　　　　　　　　　　　　　　Deputy Clerk