# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-5044**                      **September Term, 2023**

1:23-sc-00031-BAH

**Filed On:** October 6, 2023

In re: The Search of Information Stored at
Premises Controlled by Twitter Inc.,

       **BEFORE:**     Srinivasan, Chief Judge; Henderson, Millett, Pillard, Wilkins, Katsas, Rao, Walker, Childs, Pan, and Garcia, Circuit Judges

## O R D E R

Upon consideration of the motion for invitation to file a brief as amicus curiae in support of rehearing en banc, filed by movant Electronic Frontier Foundation, and the lodged brief, it is

**ORDERED** that the motion be granted. The Clerk is directed to file the lodged brief amicus curiae.

### Per Curiam

                                        **FOR THE COURT:**
                                        Mark J. Langer, Clerk

                      BY:     /s/
                                Daniel J. Reidy
                                Deputy Clerk