# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 23-5044**                       **September Term, 2023**

**1:23-sc-00031-BAH**

**Filed On: January 24, 2024** [2037165]

In re: The Search of Information Stored at
Premises Controlled by Twitter Inc.,

### M A N D A T E

    In accordance with the judgment of July 18, 2023, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                                            **FOR THE COURT:**
                                            Mark J. Langer, Clerk

                    BY:     /s/
                                 Daniel J. Reidy
                                 Deputy Clerk

Link to the judgment filed July 18, 2023