# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

APR - 5 2024

RECEIVED

April 2, 2024

Scott S. Harris
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the District
of Columbia Circuit
333 Constitution Avenue, NW
Washington, DC 20001

Re: X Corp., fka Twitter, Inc.
v. United States
Application No. 23A875
(Your No. 23-5044)

Dear Clerk:

The application for an extension of time within which to file a petition for a writ of certiorari in the above-entitled case has been presented to The Chief Justice, who on April 2, 2024, extended the time to and including May 30, 2024.

This letter has been sent to those designated on the attached notification list.

Sincerely,

Scott S. Harris, Clerk

by

Rashonda Garner
Case Analyst

# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

NOTIFICATION LIST

Scott S. Harris
Clerk of the Court
(202) 479-3011

Mr. Seth P. Waxman
Wilmer Cutler Pickering Hale and Dorr LLP
2100 Pennsylvania Ave, NW
Washington, DC  20037


Mrs. Elizabeth B. Prelogar
Solicitor General
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC  20530-0001


Clerk
United States Court of Appeals for the District of Columbia Circuit
333  Constitution Avenue, NW
Washington, DC  20001

USCA Case #23-5044        Document #2048592            Filed: 04/05/2024      Page 3 of 3

OFFICE OF THE CLERK
**SUPREME COURT OF THE UNITED STATES**
WASHINGTON, DC 20543-0001

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

CAPITAL DISTRICT 20240S

3 APR 2024 PM 1 L



04/02/2024
US POSTAGE $000.64
US OFFICIAL MAIL
$300 Penalty
For Private Use
ZIP 20543
041M11120601

FIRST-CLASS MAIL

20001-286699